IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LUIS HERNANDEZ-ARELLANO, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:16-CV-519-WKW [WO] |
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Respondent. | ) | |

## **ORDER**

On August 8, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 7th day of September, 2018.

                                                /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE